# THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  Jacquelyn Heather Coleman, | : | Chapter 13 |
| | : | |
| Debtor | : | Case No.:  24-11531-amc |

## CERTIFICATE OF SERVICE

I, Joseph Quinn, Esquire, attorney for Debtors hereby certify that a true and correct copy of Debtor's proposed First Amended Chapter 13 Plan dated and docketed January 14, 2025 was forwarded to the following parties, as follows:

***Via First Class Mail on January 14, 2025:***

Stephen Gordon, Bankruptcy Specialist
Cavalry SPV I, LLC
PO Box 4252
Greenwich, CT 06831-2200

Maria Lucchesi, Auth. Agent
Portfolio Recovery Associates, LLC
PO Box 41067
Norfolk, VA 23541

Abel Marin, Bankr. Rep.
Santander Consumer USA, Inc.
P.O. Box 961245
Fort Worth, TX 76161-1245

Schiavon Williams, Chief
Pennsylvania Department of Revenue
Bankruptcy Division
PO Box 280946
Harrisburg, PA 17128-0946

All other creditors not otherwise served via ECF

***Via Electronic Filing (ECF) on January 14, 2025:***

Denise Elizabeth Carlon, Esquire on behalf of Pennsylvania Housing Finance Agency
bkgroup@kmllawgroup.com

Leon P. Haller, Esquire on behalf of Pennsylvania Housing Finance Agency
lhaller@pkh.com, dmaurer@pkh.com, mgutshall@pkh.com, khousman@pkh.com

Pamela Elchert Thurmond, Esquire on behalf of City of Philadelphia
pamela.thurmond@phila.gov

Kenneth E. West, Chapter 13 Trustee
ecfemails@ph13trustee.com, philaecf@gmail.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

 

**ROSS, QUINN & PLOPPERT, P.C.**

By:     */s/ Joseph Quinn*
        Joseph Quinn, Esquire
        Attorney I.D. No. 307467
        192 S. Hanover Street, Suite 101
        Pottstown, PA 19464
        T: 610.323.5300
        F: 610.323.6081
        jquinn@rqplaw.com
Date: January 14, 2025        Counsel for Debtor