IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
--------------------------------------------------------x
In re                                     :
                                          :      Chapter 13
                                          :
JACQUELYN HEATHER COLEMAN                 :
                                          :
                                          :      Case No. 24-11531 (AMC)
                              Debtor.     :
--------------------------------------------------------x
```

**PRAECIPE TO WITHDRAW DOCUMENT**

TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw the City of Philadelphia's Objection to the Proposed Chapter 13 Plan [Docket No. 28], which was filed on December 10, 2024, as well as the second objection that was filed under [Docket No. 35] on January 28, 2025.

Respectfully submitted,

THE CITY OF PHILADELPHIA

Dated: January 29, 2025        By: */s/ Pamela Elchert Thurmond*
PAMELA ELCHERT THURMOND
Senior Attorney
PA Attorney I.D. 202054
Attorney for the City of Philadelphia
City of Philadelphia Law Department
Municipal Services Building
1401 JFK Boulevard, 5th Floor
Philadelphia, PA  19102-1595
215-686-0508 (phone)
Email: Pamela.Thurmond@phila.gov