United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  Case No. 24-11531-amc
Jacquelyn Heather Coleman  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3
Date Rcvd: May 14, 2025      Form ID: 155      Total Noticed: 36

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 16, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jacquelyn Heather Coleman, 5826 Chew Avenue, Philadelphia, PA 19138-1728 |
| 14880903 | + | Freedom Credit Union, Attn: Bankruptcy, 2333 Fairmount Ave, Philadelphia, PA 19130-2544 |
| 14880906 | + | Michael Dougherty, Esq., 520 Walnut Street, Suite 1355, Philadelphia, PA 19106-3602 |
| 14880907 | + | Michael J. Dougherty, Esq., 520 Walnut STreet, Suite 1355, Philadelphia, PA 19106-3602 |
| 14880912 | + | PGW, PO Box 3529, Philadelphia, PA 19122-0529 |
| 14989115 | + | Santander Consumer USA Inc., C/O William E. Craig, Esquire, Eisenberg Gold & Agrawal, P.C., 1040 Kings Hwy N #200, Cherry Hill, NJ 08034-1925 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14880896 | + | Email/Text: jvalencia@amhfcu.org | May 15 2025 00:24:00 | American Heritage Federal Credit Union, Attn: Bankruptcy, 2060 Red Lion Road, Philadelphia, PA 19115-1699 |
| 14880897 | ^ | MEBN | May 15 2025 00:17:09 | Apothaker Scian PC, 100 Century Parkway, #310, PO Box 5496, Mount Laurel, NJ 08054-5496 |
| 14927406 | | Email/Text: megan.harper@phila.gov | May 15 2025 00:24:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14880900 | | Email/Text: megan.harper@phila.gov | May 15 2025 00:24:00 | City of Philadelphia, PO Box 41496, Philadelphia, PA 19101-1496 |
| 14880898 | + | Email/Text: bankruptcy@cavps.com | May 15 2025 00:24:00 | Cavalry Portfolio Services, Attn: Bankruptcy, 1 American Lane, Ste 220, Greenwich, CT 06831-2563 |
| 14904793 | + | Email/Text: bankruptcy@cavps.com | May 15 2025 00:24:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 14880899 | ^ | MEBN | May 15 2025 00:17:10 | Chime/Stride Bank, Attn: Bankruptcy, Po Box 417, San Francisco, CA 94104-0417 |
| 14880901 | + | Email/Text: bankruptcy_notifications@ccsusa.com | May 15 2025 00:24:00 | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 14890282 | + | Email/Text: mrdiscen@discover.com | May 15 2025 00:22:00 | Discover Bank, P.O. Box 3025, New Albany OH 43054-3025 |
| 14880902 | + | Email/Text: mrdiscen@discover.com | May 15 2025 00:22:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 14880904 | ^ | MEBN | May 15 2025 00:17:18 | KML Law Group PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14890682 | | Email/PDF: resurgentbknotifications@resurgent.com | May 15 2025 00:31:05 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

Case 24-11531-amc    Doc 54    Filed 05/16/25    Entered 05/17/25 00:37:13    Desc Imaged
Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 14, 2025 | Form ID: 155 | Total Noticed: 36 |

| Recipient ID | | Notice Method | Date/Time | Address |
|---|---|---|---|---|
| 14880905 | + | Email/PDF: resurgentbknotifications@resurgent.com | May 15 2025 00:30:13 | Lvnv Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 14880908 | + | Email/Text: bankruptcydpt@mcmcg.com | May 15 2025 00:24:00 | Midland Credit Mgmt, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 14880909 | + | Email/Text: bankruptcydpt@mcmcg.com | May 15 2025 00:24:00 | Midland Funding, LLC, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 14880910 | | Email/Text: bankruptcygroup@peco-energy.com | May 15 2025 00:23:00 | PECO, PO Box 37629, Philadelphia, PA 19101-0629 |
| 14906727 | + | Email/Text: bankruptcygroup@peco-energy.com | May 15 2025 00:23:00 | PECO, 2301 Market Street, 04 NW, Philadelphia, PA 19103-1380 |
| 14880911 | | Email/Text: blegal@phfa.org | May 15 2025 00:24:00 | Pennsylvania Housing Finance Agency, Attn: Bankruptcy, Po Box 8029, Harrisburg, PA 17105 |
| 14892233 | ^ | MEBN | May 15 2025 00:17:19 | PENNSYLVANIA HOUSING FINANCE AGENCY, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14905213 | + | Email/Text: blegal@phfa.org | May 15 2025 00:24:00 | PHFA, 211 North Front Street, Harrisburg, PA 17101-1466 |
| 14880913 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 15 2025 00:46:59 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 14906572 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 15 2025 00:58:53 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |
| 14882427 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 15 2025 00:24:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 14891947 | + | Email/Text: enotifications@santanderconsumerusa.com | May 15 2025 00:24:00 | SANTANDER CONSUMER USA INC., P.O. BOX 961245, FORT WORTH, TX 76161-0244 |
| 14880914 | + | Email/Text: enotifications@santanderconsumerusa.com | May 15 2025 00:24:00 | Santander Consumer USA, Inc, Attn: Bankruptcy, Po Box 961245, Fort Worth, TX 76161-0244 |
| 14880915 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 15 2025 00:44:28 | Synchrony/HSN, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14880916 | + | Email/Text: bncmail@w-legal.com | May 15 2025 00:23:00 | Target NB, C/O Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 14880917 | + | Email/Text: bnc-thebureaus@quantum3group.com | May 15 2025 00:23:00 | The Bureaus Inc, Attn: Bankruptcy, 650 Dundee Rd, Ste 370, Northbrook, IL 60062-2757 |
| 14959089 | + | Email/Text: megan.harper@phila.gov | May 15 2025 00:24:00 | The City of Philadelphia, C/O PAMELA ELCHERT THURMOND, Senior Attorney, Municipal Services Building, 1401 JFK Boulevard, 5th Floor, Philadelphia, PA 19102-1617 |
| 14880918 | | Email/Text: bankruptcies@uplift.com | May 15 2025 00:22:00 | Uplift, Inc., Attn: Bankruptcy, 440 N Wolfe Rd, Sunnyvale, CA 94085 |

TOTAL: 30

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: May 14, 2025 | Form ID: 155 | Total Noticed: 36 |

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| Date: May 16, 2025 | Signature: | /s/Gustava Winters |
|---|---|---|

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 14, 2025 at the address(es) listed below:

**Name**      **Email Address**

DENISE ELIZABETH CARLON
on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY bkgroup@kmllawgroup.com

JOSEPH L QUINN
on behalf of Debtor Jacquelyn Heather Coleman CourtNotices@rqplaw.com

KENNETH E. WEST
ecfemails@ph13trustee.com  philaecf@gmail.com

LEON P. HALLER
on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY lhaller@pkh.com
dmaurer@pkh.com;mgutshall@pkh.com;khousman@pkh.com

MATTHEW K. FISSEL
on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY bkgroup@kmllawgroup.com
matthew.fissel@brockandscott.com

PAMELA ELCHERT THURMOND
on behalf of Creditor CITY OF PHILADELPHIA pamela.thurmond@phila.gov

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD CRAIG
on behalf of Creditor Santander Consumer USA Inc. wcraig@egalawfirm.com
mortoncraigecf@gmail.com;alapinski@egalawfirm.com

TOTAL: 8

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  
    Jacquelyn Heather Coleman  
    fka Jacquelyn Paul  

    Debtor(s).

Case No. 24−11531−amc

Chapter: 13

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

    **AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    **A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    **B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    **C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: May 13, 2025

For The Court

Ashely M. Chan  
Chief Judge, United States Bankruptcy Court